# EXHIBIT 6



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

171  1 MB 0.428 P2 T2
BILL TO:  HOLIDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344 US

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00009001 |
| Bill Date: | 03/16/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 01/14/2019 | FPF CASE | 2019170330005101 | PENALTY | 10000.00 |

APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM.
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 01-11-2019

FPF

2019 MAR 25  P 1: 16

USCBPSAVHGA-1703

FIRST NOTICE

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                                        CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    03/16/2019
Bill To:      HOLIDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344 US

Bill Number:                    FP00009001
Transaction Identification:     2019170330005101
FIRST NOTICE
Amount Due:                     10000.00
Amount Enclosed:                _____

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)



## U.S. Customs and Border Protection

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 172  1 MB 0.428 P2 T2 | |
| BILL TO:  HOLIDAY SHIPPING | Importer Number:  58213856300 |
| 1153 WILLINGHAM DRIVE | Bill Number:  FP00008999 |
| EAST POINT GA 30344 US | Bill Date:  03/16/2019 |
| | Port of Service/Charge:  1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 01/14/2019 | FPF CASE | 2019170330005201 | PENALTY | 10000.00 |

APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM.
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 01-11-2019

FIRST NOTICE

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                                CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    03/16/2019
Bill To:      HOLIDAY SHIPPING
              1153 WILLINGHAM DRIVE
              EAST POINT GA 30344 US

Bill Number:              FP00008999
Transaction Identification:   2019170330005201      U.S. CBP FP&F OFFICE
FIRST NOTICE                                         ONE EAST BAY STREET
Amount Due:               10000.00                   SAVANNAH GA 31401
Amount Enclosed:          _____

PLEASE ADVISE OF ANY ADDRESS CHANGE                  CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

183-1 MB 0.428 P0 T0 41045-3-5-1
BILL TO: HOLIDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00009001 |
| Bill Date: | 03/30/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 01/14/2019 | FPF CASE | 2019170330005101 | PENALTY | 10000.00 |

THIS CLAIM IS DELINQUENT. IF NOT SATISFIED
IMMEDIATELY, SANCTIONS MAY BE PROPOSED AND THE CLAIM
REFERRED FOR LEGAL ACTION.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 01-11-2019

SECOND NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    03/30/2019
Bill To:      HOLIDAY SHIPPING
              1153 WILLINGHAM DRIVE
              EAST POINT GA 30344

Bill Number:                   FP00009001
Transaction Identification:    2019170330005101
SECOND NOTICE ISSUED
Amount Due:                    10000.00
Amount Enclosed:

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

2019 APR -8 P 4: 10

USCBPSAVHGA-1703

PLEASE ADVISE OF ANY ADDRESS CHANGE                CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

184  1 MB 0.428 P0 T0 41045-3-5-1
BILL TO:  HOLIDAY SHIPPING
          1153 WILLINGHAM DRIVE
          EAST POINT GA 30344

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00008999 |
| Bill Date: | 03/30/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 01/14/2019 | FPF CASE | 2019170330005201 | PENALTY | 10000.00 |

THIS CLAIM IS DELINQUENT.  IF NOT SATISFIED
IMMEDIATELY, SANCTIONS MAY BE PROPOSED AND THE CLAIM
REFERRED FOR LEGAL ACTION.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 01-11-2019

SECOND NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                                      CBP FORM 6084SC (03/12)

---

Enclose this portion with remittance

Bill Date:    03/30/2019
Bill To:      HOLIDAY SHIPPING
              1153 WILLINGHAM DRIVE
              EAST POINT GA 30344

Bill Number:               FP00008999
Transaction Identification: 2019170330005201
SECOND NOTICE ISSUED
 Amount Due:    10000.00
Amount Enclosed:

FPF    2019 APR -8  P 4: 10    USCBPSAVHGA-1703

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

USCBPSAVHGA-1703

2019 APR 22  A 10: 53

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

F P F



193  1 MB 0.428 P0 T0 41207-3-2-1
BILL TO:  HOLIDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00009001 |
| Bill Date: | 04/13/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 01/14/2019 | FPF CASE | 2019170330005101 | PENALTY | 10000.00 |

FINAL DEMAND - DELINQUENT ACCOUNT.  CLAIM WILL BE
REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS
FROM THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 01-11-2019

THIRD NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                                          CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    04/13/2019
Bill To:      HOLIDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

Bill Number:                    FP00009001
Transaction Identification:     2019170330005101
THIRD NOTICE ISSUED
Amount Due:                     10000.00
Amount Enclosed:

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                  CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

USCBPSAVHGA-1703

2019 APR 22  A 10: 53

FPF

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

194  1 MB 0.428 P0 T0  41207-3-2-1
BILL TO:  HOLIDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00008999 |
| Bill Date: | 04/13/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 01/14/2019 | FPF CASE | 2019170330005201 | PENALTY | 10000.00 |

FINAL DEMAND - DELINQUENT ACCOUNT. CLAIM WILL BE
REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS
FROM THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 01-11-2019

THIRD NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                          CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:  04/13/2019
Bill To:    HOLIDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

Bill Number:               FP00008999
Transaction Identification:  2019170330005201
THIRD NOTICE ISSUED
Amount Due:                10000.00
Amount Enclosed:

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE              CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

```
        170  1 SP 0.500 P0 T0 41207-3-3-1
BILL TO:   HOLIDAY SHIPPING
           1153 WILLINGHAM DRIVE
           EAST POINT GA 30344
```

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00010181 |
| Bill Date: | 04/20/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 02/15/2019 | FPF CASE | 2019170330008001 | PENALTY | 10000.00 |

APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM.
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 02-15-2019

FPF    2019 APR 29  P 3 50    USCBPSAVHGA-1703

FIRST NOTICE

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                          CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    04/20/2019
Bill To:      HOLIDAY SHIPPING
              1153 WILLINGHAM DRIVE
              EAST POINT GA 30344

Bill Number:                  FP00010181
Transaction Identification:   2019170330008001
FIRST NOTICE
Amount Due:                   10000.00
Amount Enclosed:              _____

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                          CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

174 1 MB 0.428 P0 T0 41207-3-4-1
BILL TO:  HOLIDAY SHIPPING
          1153 WILLINGHAM DRIVE
          EAST POINT GA 30344

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00010489 |
| Bill Date: | 04/27/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 02/20/2019 | FPF CASE | 2019170330008101 | PENALTY | 10000.00 |

APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM.
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 02-19-2019

FPF    2019 MAY -6 P 12:25    USCBPSAVHGA-1703

FIRST NOTICE

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:  04/27/2019
Bill To:    HOLIDAY SHIPPING
            1153 WILLINGHAM DRIVE
            EAST POINT GA 30344

Bill Number:                    FP00010489
Transaction Identification:     2019170330008101
FIRST NOTICE
Amount Due:                     10000.00
Amount Enclosed:

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE    CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

185 1 SP 0.500 P0 T0 41305-3-1-1
BILL TO: HOLIDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00010181 |
| Bill Date: | 05/04/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 02/15/2019 | FPF CASE | 2019170330008001 | PENALTY | 10000.00 |

THIS CLAIM IS DELINQUENT. IF NOT SATISFIED
IMMEDIATELY, SANCTIONS MAY BE PROPOSED AND THE CLAIM
REFERRED FOR LEGAL ACTION.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 02-15-2019

2019 MAY 14 P 2: 24    FPF    USCBPFSAVHGA-1703

SECOND NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date: 05/04/2019
Bill To: HOLIDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

Bill Number: FP00010181
Transaction Identification: 2019170330008001
SECOND NOTICE ISSUED
Amount Due: 10000.00
Amount Enclosed: _____

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)



**U.S. Customs and**
**Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 221 1 MB 0.428 P0 T0 41305-3-2-1 | Importer Number: 58213856300 |
| BILL TO: HOLIDAY SHIPPING | Bill Number: FP00010489 |
| 1153 WILLINGHAM DRIVE | Bill Date: 05/11/2019 |
| EAST POINT GA 30344 | Port of Service/Charge: 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 02/20/2019 | FPF CASE | 2019170330008101 | PENALTY | 10000.00 |

THIS CLAIM IS DELINQUENT.  IF NOT SATISFIED
IMMEDIATELY, SANCTIONS MAY BE PROPOSED AND THE CLAIM
REFERRED FOR LEGAL ACTION.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 02-19-2019

SECOND NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:   05/11/2019
Bill To:     HOLIDAY SHIPPING
             1153 WILLINGHAM DRIVE
             EAST POINT GA 30344

Bill Number:                FP00010489              U.S. CBP FP&F OFFICE
Transaction Identification:  2019170330008101        ONE EAST BAY STREET
SECOND NOTICE ISSUED                                 SAVANNAH GA 31401
Amount Due:                 10000.00
Amount Enclosed:

PLEASE ADVISE OF ANY ADDRESS CHANGE                  CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 209  1 MB 0.428 P0 T0  41305-3-3-1 | |
| BILL TO:  HOLIDAY SHIPPING | |
|           1153 WILLINGHAM DRIVE | |
|           EAST POINT GA 30344 | |

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00010181 |
| Bill Date: | 05/18/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 02/15/2019 | FPF CASE | 2019170330008001 | PENALTY | 10000.00 |

FINAL DEMAND - DELINQUENT ACCOUNT.  CLAIM WILL BE
REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS
FROM THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 02-15-2019

*(stamp: 2019 MAY 29 P 3 51  FPF  USCBPSAVH-GA-1703)*

THIRD NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

---

| | |
|---|---|
| PAYER'S COPY | CBP FORM 6084SC (03/12) |

Enclose this portion with remittance

Bill Date:    05/18/2019
Bill To:      HOLIDAY SHIPPING
              1153 WILLINGHAM DRIVE
              EAST POINT GA 30344

Bill Number:                    FP00010181
Transaction Identification:     2019170330008001
THIRD NOTICE ISSUED
Amount Due:                     10000.00
Amount Enclosed:

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE

CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

```
      208  1 MB 0.428 P0 T0 41305-3-3-1
BILL TO:  HOILDAY SHIPPING
          1153 WILLINGHAM DRIVE
          EAST POINT GA 30344
```

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00011119 |
| Bill Date: | 05/18/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 03/12/2019 | FPF CASE | 2019170330010001 | PENALTY | 10000.00 |

APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM.
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND.

VIOLATOR: HOILDAY SHIPPING    58213856300

VIOLATION DATE: 03-11-2019

FIRST NOTICE

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    05/18/2019
Bill To:      HOILDAY SHIPPING
              1153 WILLINGHAM DRIVE
              EAST POINT GA 30344

Bill Number:                FP00011119
Transaction Identification:  2019170330010001
FIRST NOTICE
Amount Due:                 10000.00
Amount Enclosed:            _____

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

*USCBPSAVHGA-1703

2019 JUN -3 P 2:02

F P F

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP):

| | |
|---|---|
| 232 1 MB 0.428 P0 T0 41305-3-4-1 | |
| BILL TO: HOLIDAY SHIPPING | |
| 1153 WILLINGHAM DRIVE | |
| EAST POINT GA 30344 | |

‖‖|‖‖|‖‖‖|‖‖‖|‖|‖‖‖|‖‖‖|‖‖|‖‖|‖|‖|

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00010489 |
| Bill Date: | 05/25/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 02/20/2019 | FPF CASE | 2019170330008101 | PENALTY | 10000.00 |

FINAL DEMAND - DELINQUENT ACCOUNT. CLAIM WILL BE REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS FROM THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 02-19-2019

THIRD NOTICE ISSUED                **Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    05/25/2019
Bill To:    HOLIDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

| | | |
|---|---|---|
| Bill Number: | FP00010489 | U.S. CBP FP&F OFFICE |
| Transaction Identification: | 2019170330008101 | ONE EAST BAY STREET |
| THIRD NOTICE ISSUED | | SAVANNAH GA 31401 |
| Amount Due: | 10000.00 | |
| Amount Enclosed: | _____ | |

PLEASE ADVISE OF ANY ADDRESS CHANGE            CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

USCBPSAVHGA-1703

2019 JUN -3 P 2: 01

FPF

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 233 1 MB 0.428 PO T0 41305-3-4-1 | |
| BILL TO: HOLIDAY SHIPPING | |
| 1153 WILLINGHAM DRIVE | |
| EAST POINT GA 30344 | |

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00011247 |
| Bill Date: | 05/25/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 03/20/2019 | FPF CASE | 2019170330011201 | PENALTY | 10000.00 |

APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM.
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 03-19-2019

FIRST NOTICE

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    05/25/2019
Bill To:      HOLIDAY SHIPPING
              1153 WILLINGHAM DRIVE
              EAST POINT GA 30344

Bill Number:                    FP00011247
Transaction Identification:     2019170330011201
FIRST NOTICE
Amount Due:                     10000.00
Amount Enclosed:                _____

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE          CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

USCBPSAVHGA-1703

2019 JUN 10 P 2 18

FPF

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

194 1 MB 0.428 P0 T0 41439-3-1-1
BILL TO:   HOILDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00011119 |
| Bill Date: | 06/01/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 03/12/2019 | FPF CASE | 2019170330010001 | PENALTY | 10000.00 |

THIS CLAIM IS DELINQUENT.  IF NOT SATISFIED
IMMEDIATELY, SANCTIONS MAY BE PROPOSED AND THE CLAIM
REFERRED FOR LEGAL ACTION.

VIOLATOR: HOILDAY SHIPPING    58213856300

VIOLATION DATE: 03-11-2019

SECOND NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    06/01/2019
Bill To:      HOILDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

Bill Number:                    FP00011119
Transaction Identification:     2019170330010001
SECOND NOTICE ISSUED
Amount Due:                     10000.00
Amount Enclosed:

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401



PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

> 245  1 MB 0.428 P0 T0  41439-3-2-1
> BILL TO:  HOLIDAY SHIPPING
>           1153 WILLINGHAM DRIVE
>           EAST POINT GA 30344

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00011247 |
| Bill Date: | 06/08/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 03/20/2019 | FPF CASE | 2019170330011201 | PENALTY | 10000.00 |

THIS CLAIM IS DELINQUENT.  IF NOT SATISFIED
IMMEDIATELY, SANCTIONS MAY BE PROPOSED AND THE CLAIM
REFERRED FOR LEGAL ACTION.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 03-19-2019

SECOND NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    06/08/2019
Bill To:      HOLIDAY SHIPPING
              1153 WILLINGHAM DRIVE
              EAST POINT GA 30344

Bill Number:                  FP00011247
Transaction Identification:   2019170330011201
SECOND NOTICE ISSUED
Amount Due:                   10000.00
Amount Enclosed:

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE          CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA  31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| 206  1 MB 0.428 P0 T0  41439-3-3-1 |
| --- |
| BILL TO:    HOILDAY SHIPPING |
|                     1153 WILLINGHAM DRIVE |
|                     EAST POINT GA 30344 |

| | |
| --- | --- |
| Importer Number: | 58213856300 |
| Bill Number: | FP00011119 |
| Bill Date: | 06/15/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
| --- | --- | --- | --- | --- |
| 03/12/2019 | FPF CASE | 2019170330010001 | PENALTY | 10000.00 |

FINAL DEMAND - DELINQUENT ACCOUNT.  CLAIM WILL BE
REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS
FROM THE DATE OF THIS DEMAND.


VIOLATOR: HOILDAY SHIPPING    58213856300

VIOLATION DATE: 03-11-2019

THIRD NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

| | |
| --- | --- |
| Bill Date: | 06/15/2019 |
| Bill To: | HOILDAY SHIPPING |
| | 1153 WILLINGHAM DRIVE |
| | EAST POINT GA 30344 |

| | |
| --- | --- |
| Bill Number: | FP00011119 |
| Transaction Identification: | 2019170330010001 |
| THIRD NOTICE ISSUED | |
| Amount Due: | 10000.00 |
| Amount Enclosed: | |

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA  31401

2019 JUN 24  P 12: 55
USCBPSAVHGA-1703

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

160 1 MB 0.428 P0 T0 41439-3-4-1
BILL TO:    HOLIDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00011247 |
| Bill Date: | 06/22/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 03/20/2019 | FPF CASE | 2019170330011201 | PENALTY | 10000.00 |

FINAL DEMAND - DELINQUENT ACCOUNT.  CLAIM WILL BE
REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS
FROM THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 03-19-2019

THIRD NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    06/22/2019
Bill To:    HOLIDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

Bill Number:    FP00011247
Transaction Identification:    2019170330011201
THIRD NOTICE ISSUED
Amount Due:    10000.00
Amount Enclosed:

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

FP 2019 JUL -1 A 11: 59
USCBPSAVHGA-1703

PLEASE ADVISE OF ANY ADDRESS CHANGE    CBP FORM 6084SC (03/12)



# U.S. Customs and Border Protection

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 102 1 MB 0.428 P0 T0 41621-3-1-1 | |
| BILL TO: HOLIDAY SHIPPING | |
| 1153 WILLINGHAM DRIVE | |
| EAST POINTE GA 30344 | |

|  |  |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00013025 |
| Bill Date: | 07/06/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 11/26/2018 | FPF CASE | 2019170330003701 | PENALTY | 10000.00 |

APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM.
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING     58213856300

VIOLATION DATE: 11-26-2018

FIRST NOTICE

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                              CBP FORM 6084SC (03/12)

---

Enclose this portion with remittance

| | |
|---|---|
| Bill Date: | 07/06/2019 |
| Bill To: | HOLIDAY SHIPPING |
| | 1153 WILLINGHAM DRIVE |
| | EAST POINTE GA 30344 |

| | |
|---|---|
| Bill Number: | FP00013025 |
| Transaction Identification: | 2019170330003701 |
| FIRST NOTICE | |
| Amount Due: | 10000.00 |
| Amount Enclosed: | |

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

2019 JUL 15 P 1: 41
USCBPSAVHGA-1703



PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)

  


## U.S. Customs and Border Protection

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

|  |  |
|---|---|
| 102  1 MB 0.428 P0 T0  41621-3-1-1 | Importer Number:        58213856300 |
| BILL TO:  HOLIDAY SHIPPING<br>1153 WILLINGHAM DRIVE<br>EAST POINTE GA 30344 | Bill Number:             FP00013025 |
|  | Bill Date:                 07/06/2019 |
|  | Port of Service/Charge:   1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 11/26/2018 | FPF CASE | 2019170330003701 | PENALTY | 10000.00 |

APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM.
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 11-26-2018

FIRST NOTICE

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                                CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    07/06/2019
Bill To:      HOLIDAY SHIPPING
              1153 WILLINGHAM DRIVE
              EAST POINTE GA 30344



Bill Number:                    FP00013025
Transaction Identification:     2019170330003701
FIRST NOTICE
Amount Due:                     10000.00
Amount Enclosed:

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

2019 JUL 15  P I:41  USCBPSAVHGA-1703

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)



# U.S. Customs and Border Protection

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 101 1 MB 0.428 P0 T0 41621-3-1-1 | |
| BILL TO: HOLIDAY SHIPPING<br>1153 WILLINGHAM DRIVE<br>EAST POINT GA 30344 | |

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00013028 |
| Bill Date: | 07/06/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 11/29/2018 | FPF CASE | 2019170330003801 | PENALTY | 10000.00 |

APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM.
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 11-29-2018

FIRST NOTICE

**Pay Full Amount Due upon Receipt: 10000.00**

---

PAYER'S COPY                                              CBP FORM 6084SC (03/12)

---

Enclose this portion with remittance

| | |
|---|---|
| Bill Date: | 07/06/2019 |
| Bill To: | HOLIDAY SHIPPING<br>1153 WILLINGHAM DRIVE<br>EAST POINT GA 30344 |

2019 JUL 15 P 1: 41
FPF
USCBPSAVHGA-1703

| | |
|---|---|
| Bill Number: | FP00013028 |
| Transaction Identification: | 2019170330003801 |
| FIRST NOTICE | |
| Amount Due: | 10000.00 |
| Amount Enclosed: | |



U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)



**U.S. Customs and
Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

USCBPSAVHGA-1703

2019 JUL 29 P 1: 45

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

FPF

```
     107  1 MB 0.428 P0 T0 41621-3-3-1
BILL TO:  HOLIDAY SHIPPING
          1153 WILLINGHAM DRIVE
          EAST POINTE GA 30344
```

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00013025 |
| Bill Date: | 07/20/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 11/26/2018 | FPF CASE | 2019170330003701 | PENALTY | 10000.00 |

THIS CLAIM IS DELINQUENT. IF NOT SATISFIED
IMMEDIATELY, SANCTIONS MAY BE PROPOSED AND THE CLAIM
REFERRED FOR LEGAL ACTION.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 11-26-2018

SECOND NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                      CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    07/20/2019
Bill To:      HOLIDAY SHIPPING
              1153 WILLINGHAM DRIVE
              EAST POINTE GA 30344

Bill Number:                  FP00013025
Transaction Identification:   2019170330003701
SECOND NOTICE ISSUED
Amount Due:                   10000.00
Amount Enclosed:              _____

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                      CBP FORM 6084SC (03/12)



## U.S. Customs and Border Protection

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

USCBPSAVHGA-1703

2019 JUL 29 P 1: 45

FPF

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

107 1 MB 0.428 P0 T0 41621-3-3-1
BILL TO:   HOLIDAY SHIPPING
   1153 WILLINGHAM DRIVE
           EAST POINTE GA 30344

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00013025 |
| Bill Date: | 07/20/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 11/26/2018 | FPF CASE | 2019170330003701 | PENALTY | 10000.00 |

THIS CLAIM IS DELINQUENT.  IF NOT SATISFIED
IMMEDIATELY, SANCTIONS MAY BE PROPOSED AND THE CLAIM
REFERRED FOR LEGAL ACTION.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 11-26-2018

SECOND NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                                CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    07/20/2019
Bill To:      HOLIDAY SHIPPING
              1153 WILLINGHAM DRIVE
              EAST POINTE GA 30344

Bill Number:              FP00013025
Transaction Identification:  2019170330003701
SECOND NOTICE ISSUED
 Amount Due:      10000.00
Amount Enclosed:

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA  31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                  CBP FORM 6084SC (03/12)



# U.S. Customs and Border Protection

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

USCBPSAVHGA-1703

2019 JUL 29 P 1: 45

FPF

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).



106 1 MB 0.428 P0 T0 41621-3-3-1
BILL TO:  HOLIDAY SHIPPING
          1153 WILLINGHAM DRIVE
          EAST POINT GA 30344

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00013028 |
| Bill Date: | 07/20/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 11/29/2018 | FPF CASE | 2019170330003801 | PENALTY | 10000.00 |

THIS CLAIM IS DELINQUENT. IF NOT SATISFIED
IMMEDIATELY, SANCTIONS MAY BE PROPOSED AND THE CLAIM
REFERRED FOR LEGAL ACTION.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 11-29-2018

SECOND NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

---

PAYER'S COPY                                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    07/20/2019
Bill To:      HOLIDAY SHIPPING
              1153 WILLINGHAM DRIVE
              EAST POINT GA 30344

Bill Number:                    FP00013028
Transaction Identification:     2019170330003801          U.S. CBP FP&F OFFICE
SECOND NOTICE ISSUED                                      ONE EAST BAY STREET
Amount Due:                     10000.00                  SAVANNAH GA 31401
Amount Enclosed:

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

USCBPSAVFIGA-1703

2019 AUG 12 A 11: 28

FPF

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 132  1 MB 0.428 P0 T0  41722-3-1-1 | Importer Number: 58213856300 |
| BILL TO:  HOLIDAY SHIPPING<br>1153 WILLINGHAM DRIVE<br>EAST POINTE GA 30344 | Bill Number: FP00013025 |
| | Bill Date: 08/03/2019 |
| | Port of Service/Charge: 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 11/26/2018 | FPF CASE | 2019170330003701 | PENALTY | 10000.00 |

FINAL DEMAND - DELINQUENT ACCOUNT.  CLAIM WILL BE
REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS
FROM THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 11-26-2018

THIRD NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                           CBP FORM 6084SC (03/12)

---

Enclose this portion with remittance

Bill Date:    08/03/2019
Bill To:      HOLIDAY SHIPPING
              1153 WILLINGHAM DRIVE
              EAST POINTE GA 30344

Bill Number:               FP00013025
Transaction Identification: 2019170330003701
THIRD NOTICE ISSUED
 Amount Due:     10000.00
Amount Enclosed:

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)



## U.S. Customs and
## Border Protection
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

USCBPSAVFIGA-1703

2019 AUG 12  A II: 28

FPF

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).



| | |
|---|---|
| 132 1 MB 0.428 P0 T0 41722-3-1-1 | |
| BILL TO:  HOLIDAY SHIPPING | |
| 1153 WILLINGHAM DRIVE | |
| EAST POINTE GA 30344 | |

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00013025 |
| Bill Date: | 08/03/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 11/26/2018 | FPF CASE | 2019170330003701 | PENALTY | 10000.00 |

FINAL DEMAND - DELINQUENT ACCOUNT.  CLAIM WILL BE
REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS
FROM THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING   58213856300

VIOLATION DATE: 11-26-2018

THIRD NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                     CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:   08/03/2019
Bill To:     HOLIDAY SHIPPING
             1153 WILLINGHAM DRIVE
             EAST POINTE GA 30344

Bill Number:                    FP00013025
Transaction Identification:     2019170330003701
THIRD NOTICE ISSUED
Amount Due:                     10000.00          U.S. CBP FP&F OFFICE
Amount Enclosed:                                  ONE EAST BAY STREET
                                                  SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE              CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

USCBPSAVFIGA-1703

2019 AUG 12  A II: 28

FPF

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

131 1 MB 0.428 P0 T0 41722-3-1-1
BILL TO:  HOLIDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00013028 |
| Bill Date: | 08/03/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 11/29/2018 | FPF CASE | 2019170330003801 | PENALTY | 10000.00 |

FINAL DEMAND - DELINQUENT ACCOUNT.  CLAIM WILL BE
REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS
FROM THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING   58213856300

VIOLATION DATE: 11-29-2018

THIRD NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    08/03/2019
Bill To:      HOLIDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

Bill Number:                    FP00013028
Transaction Identification:     2019170330003801
THIRD NOTICE ISSUED
Amount Due:                     10000.00
Amount Enclosed:

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE            CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

USCBPSAVHGA-1703

2019 AUG 19 A 11: 27

FPF

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

89  1 MB 0.428 P0 T0 41722-3-2-1
BILL TO:  HOLIDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00014911 |
| Bill Date: | 08/10/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 02/15/2019 | FPF CASE | 2019170330008001 | PENALTY | 10000.00 |

APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM.
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 02-15-2019

FIRST NOTICE

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    08/10/2019
Bill To:    HOLIDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

Bill Number:    FP00014911
Transaction Identification:    2019170330008001
FIRST NOTICE
Amount Due:    10000.00
Amount Enclosed:

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

USCBPSAVHGA-1703

2019 AUG 19 A 11: 27

FPF

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

87 1 MB 0.428 P0 T0 41722-3-2-1
BILL TO:  HOLIDAY SHIPPING
          1153 WILLINGHAM DRIVE
          EAST POINT GA 30344

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00014912 |
| Bill Date: | 08/10/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 02/20/2019 | FPF CASE | 2019170330008101 | PENALTY | 10000.00 |

APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM.
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 02-19-2019

FIRST NOTICE                    **Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                    CBP FORM 6084SC (03/12)

---

Enclose this portion with remittance

Bill Date:  08/10/2019
Bill To:    HOLIDAY SHIPPING
            1153 WILLINGHAM DRIVE
            EAST POINT GA 30344

Bill Number:                 FP00014912
Transaction Identification:  2019170330008101            U.S. CBP FP&F OFFICE
FIRST NOTICE                                             ONE EAST BAY STREET
Amount Due:                  10000.00                    SAVANNAH GA 31401
Amount Enclosed:

PLEASE ADVISE OF ANY ADDRESS CHANGE                      CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

USCBPSAVHGA-1703

2019 AUG 19 A 11: 27

FPF

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

```
  86 1 MB 0.428 P0 T0 41722-3-2-1
BILL TO:  HOLIDAY SHIPPING
          1153 WILLINGHAM DRIVE
          EAST POINT GA 30344
```

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00014913 |
| Bill Date: | 08/10/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 03/20/2019 | FPF CASE | 2019170330011201 | PENALTY | 10000.00 |

APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM.
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 03-19-2019

FIRST NOTICE

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    08/10/2019
Bill To:      HOLIDAY SHIPPING
              1153 WILLINGHAM DRIVE
              EAST POINT GA 30344



Bill Number:                   FP00014913
Transaction Identification:    2019170330011201
FIRST NOTICE
Amount Due:                    10000.00
Amount Enclosed:

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE           CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

USCBPSAVHGA-1703

2019 AUG 19 A 11:27

FPF

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 88 1 MB 0.428 P0 T0 41722-3-2-1 | |
| BILL TO: HOILDAY SHIPPING | |
| 1153 WILLINGHAM DRIVE | |
| EAST POINT GA 30344 | |

Importer Number:         58213856300

Bill Number:              FP00014914

Bill Date:                08/10/2019

Port of Service/Charge:   1703

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 03/12/2019 | FPF CASE | 2019170330010001 | PENALTY | 10000.00 |

APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM.
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND.

VIOLATOR: HOILDAY SHIPPING     58213856300

VIOLATION DATE: 03-11-2019

FIRST NOTICE

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                              CBP FORM 6084SC (03/12)

---

Enclose this portion with remittance

Bill Date:      08/10/2019
Bill To:        HOILDAY SHIPPING
                1153 WILLINGHAM DRIVE
                EAST POINT GA 30344

Bill Number:                    FP00014914
Transaction Identification:     2019170330010001
FIRST NOTICE
Amount Due:                     10000.00
Amount Enclosed:

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

USCBPSAVHGA-1703

2019 SEP -9 P 2 2b

F P F

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

231 1 MB 0.428 P0 T0 41722-3-4-1
BILL TO: HOLIDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00014911 |
| Bill Date: | 08/24/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 02/15/2019 | FPF CASE | 2019170330008001 | PENALTY | 10000.00 |

THIS CLAIM IS DELINQUENT. IF NOT SATISFIED
IMMEDIATELY, SANCTIONS MAY BE PROPOSED AND THE CLAIM
REFERRED FOR LEGAL ACTION.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 02-15-2019

SECOND NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                      CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    08/24/2019
Bill To:      HOLIDAY SHIPPING
              1153 WILLINGHAM DRIVE
              EAST POINT GA 30344

Bill Number:              FP00014911
Transaction Identification:  2019170330008001
SECOND NOTICE ISSUED

Amount Due:               10000.00
Amount Enclosed:

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE          CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

USCBPSAVFIGA-1703

2019 SEP -9 P 2: 24

FPF

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 232 1 MB 0.428 P0 TO 41722-3-4-1 | Importer Number: 58213856300 |
| BILL TO: HOLIDAY SHIPPING 1153 WILLINGHAM DRIVE EAST POINT GA 30344 | Bill Number: FP00014912 |
| | Bill Date: 08/24/2019 |
| | Port of Service/Charge: 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 02/20/2019 | FPF CASE | 2019170330008101 | PENALTY | 10000.00 |

THIS CLAIM IS DELINQUENT. IF NOT SATISFIED
IMMEDIATELY, SANCTIONS MAY BE PROPOSED AND THE CLAIM
REFERRED FOR LEGAL ACTION.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 02-19-2019

SECOND NOTICE ISSUED                              **Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                                           CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date: 08/24/2019
Bill To:  HOLIDAY SHIPPING
          1153 WILLINGHAM DRIVE
          EAST POINT GA 30344

Bill Number:                  FP00014912
Transaction Identification:   2019170330008101
SECOND NOTICE ISSUED                                 U.S. CBP FP&F OFFICE
Amount Due:                   10000.00               ONE EAST BAY STREET
Amount Enclosed:                                     SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                           CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA  31401

USCBPSAVHGA-1703

2019 SEP -9 P 2: 24

FPF

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 229 1 MB 0.428 P0 T0 41722-3-4-1 | |
| BILL TO:   HOLIDAY SHIPPING | |
|            1153 WILLINGHAM DRIVE | |
|            EAST POINT GA 30344 | |

|||||||
|---|---|

IIIₗₗIIIIₗIIₗIₗIₗₗₗₗₗₗₗIₗIₗIIₗIIIₗIIIₗₗIₗIIₗₗₗI

| Importer Number: | 58213856300 |
|---|---|
| Bill Number: | FP00014913 |
| Bill Date: | 08/24/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 03/20/2019 | FPF CASE | 2019170330011201 | PENALTY | 10000.00 |

THIS CLAIM IS DELINQUENT.  IF NOT SATISFIED
IMMEDIATELY, SANCTIONS MAY BE PROPOSED AND THE CLAIM
REFERRED FOR LEGAL ACTION.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 03-19-2019

SECOND NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                                        CBP FORM 6084SC (03/12)

---

Enclose this portion with remittance

Bill Date:    08/24/2019
Bill To:      HOLIDAY SHIPPING
              1153 WILLINGHAM DRIVE
              EAST POINT GA 30344

Bill Number:              FP00014913
Transaction Identification:   2019170330011201
SECOND NOTICE ISSUED
Amount Due:               10000.00
Amount Enclosed:          _____

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA  31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

USCBPSAVHGA-1703

2019 SEP -9 P 2: 24

FPF

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).



230  1 MB 0.428 P0 T0 41722-3-4-1
BILL TO:  HOILDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00014914 |
| Bill Date: | 08/24/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 03/12/2019 | FPF CASE | 2019170330010001 | PENALTY | 10000.00 |

THIS CLAIM IS DELINQUENT.  IF NOT SATISFIED
IMMEDIATELY, SANCTIONS MAY BE PROPOSED AND THE CLAIM
REFERRED FOR LEGAL ACTION.

VIOLATOR: HOILDAY SHIPPING    58213856300

VIOLATION DATE: 03-11-2019

SECOND NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                              CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    08/24/2019
Bill To:      HOILDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

Bill Number:              FP00014914
Transaction Identification:   2019170330010001
SECOND NOTICE ISSUED
Amount Due:               10000.00
Amount Enclosed:          _____

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)



## U.S. Customs and
## Border Protection
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA  31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 226 1 MB 0.428 P0 T0 41900-3-2-1<br>BILL TO:  HOLIDAY SHIPPING<br>1153 WILLINGHAM DRIVE<br>EAST POINT GA 30344 | Importer Number:        58213856300 |
| | Bill Number:              FP00014911 |
| | Bill Date:                  09/07/2019 |
| | Port of Service/Charge:  1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 02/15/2019 | FPF CASE | 2019170330008001 | PENALTY | 10000.00 |

FINAL DEMAND - DELINQUENT ACCOUNT.  CLAIM WILL BE
REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS
FROM THE DATE OF THIS DEMAND.


VIOLATOR: HOLIDAY SHIPPING     58213856300

VIOLATION DATE: 02-15-2019

THIRD NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                                 CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:     09/07/2019
Bill To:       HOLIDAY SHIPPING
               1153 WILLINGHAM DRIVE
               EAST POINT GA 30344

Bill Number:                    FP00014911
Transaction Identification:     2019170330008001
THIRD NOTICE ISSUED
Amount Due:                     10000.00
Amount Enclosed:                _____

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA  31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)



## U.S. Customs and Border Protection

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

```
        227 1 MB 0.428 P0 T0 41900-3-2-1
BILL TO:  HOLIDAY SHIPPING
          1153 WILLINGHAM DRIVE
          EAST POINT GA 30344
```

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00014912 |
| Bill Date: | 09/07/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 02/20/2019 | FPF CASE | 2019170330008101 | PENALTY | 10000.00 |

FINAL DEMAND - DELINQUENT ACCOUNT.  CLAIM WILL BE
REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS
FROM THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 02-19-2019

THIRD NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    09/07/2019
Bill To:      HOLIDAY SHIPPING
              1153 WILLINGHAM DRIVE
              EAST POINT GA 30344

Bill Number:                  FP00014912
Transaction Identification:   2019170330008101
THIRD NOTICE ISSUED
Amount Due:                   10000.00
Amount Enclosed:              _____

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)



# U.S. Customs and
# Border Protection
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA  31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 224  1 MB 0.428 P0 T0  41900-3-2-1 | |
| BILL TO:  HOLIDAY SHIPPING | |
| 1153 WILLINGHAM DRIVE | |
| EAST POINT GA 30344 | |

ᴵᵖᵒᵘⁱᵖᵘ|ˡᵖᵗᵖᵖᵖᵖᵖᵗᵖᵖˡ|ᵖᵖᵖᵖ|ᵗᵖᵖᵖˡ||ᵗᵗᵗᵖᵗᵖᵗˡ

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00014913 |
| Bill Date: | 09/07/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 03/20/2019 | FPF CASE | 2019170330011201 | PENALTY | 10000.00 |

FINAL DEMAND - DELINQUENT ACCOUNT.  CLAIM WILL BE
REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS
FROM THE DATE OF THIS DEMAND.

VIOLATOR: HOLIDAY SHIPPING    58213856300

VIOLATION DATE: 03-19-2019

THIRD NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                                           CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    09/07/2019
Bill To:    HOLIDAY SHIPPING
            1153 WILLINGHAM DRIVE
            EAST POINT GA 30344

Bill Number:                     FP00014913
Transaction Identification:      2019170330011201
THIRD NOTICE ISSUED                                  U.S. CBP FP&F OFFICE
Amount Due:                      10000.00            ONE EAST BAY STREET
Amount Enclosed:                 _____     SAVANNAH GA  31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                  CBP FORM 6084SC (03/12)



**U.S. Customs and**
**Border Protection**
U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| 225 1 MB 0.428 PO T0 41900-3-2-1 |
| BILL TO:  HOILDAY SHIPPING |
| 1153 WILLINGHAM DRIVE |
| EAST POINT GA 30344 |

| | |
|---|---|
| Importer Number: | 58213856300 |
| Bill Number: | FP00014914 |
| Bill Date: | 09/07/2019 |
| Port of Service/Charge: | 1703 |

For Bill Inquiries Please Contact the CBP Port Office at (912) 447-9440.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 03/12/2019 | FPF CASE | 2019170330010001 | PENALTY | 10000.00 |

FINAL DEMAND - DELINQUENT ACCOUNT.  CLAIM WILL BE
REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS
FROM THE DATE OF THIS DEMAND.

VIOLATOR: HOILDAY SHIPPING    58213856300

VIOLATION DATE: 03-11-2019

THIRD NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 10000.00**

PAYER'S COPY                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    09/07/2019
Bill To:    HOILDAY SHIPPING
1153 WILLINGHAM DRIVE
EAST POINT GA 30344

Bill Number:    FP00014914
Transaction Identification:    2019170330010001
THIRD NOTICE ISSUED
Amount Due:    10000.00
Amount Enclosed:    _____

U.S. CBP FP&F OFFICE
ONE EAST BAY STREET
SAVANNAH GA 31401

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)