**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-319 |
| v. | |
| MARIE CAREW d/b/a HOLIDAY SHIPPING, | |
| Defendant. | |

**O R D E R**

On September 8, 2025, the Clerk entered a default as to Defendant Marie Carew. (Doc. 21.) Plaintiff has not taken any further action to pursue its claims against this party, who is the only Defendant.[1] If Plaintiff seeks a default judgment, it must file a Motion in compliance with Federal Rule of Civil Procedure 55 within **twenty-one (21) days** of the date of this Order. If Plaintiff does not timely move for default judgment or otherwise prosecute its claims, the Court may dismiss this case for failure to prosecute.

**SO ORDERED**, this 17th day of April, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] While Plaintiff named other Defendants in its Original Complaint, the Amended Complaint names only Marie Carew. (Doc. 13.) Therefore, Plaintiff's claims against all Defendants other than Marie Crew are **DISMISSED**. The Clerk of Court shall update the docket to terminate all Defendants other than Marie Crew d/b/a Holiday Shipping.