# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-cv-319 |
| | ) | |
| MARIE CAREW d/b/a HOLIDAY SHIPPING, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION FOR DEFAULT JUDGMENT

I, Jessica Mangubat, pursuant to 28 U.S.C. § 1746, depose and say:

1.     I currently hold the position of Survey Statistician in a supervisory role in the Trade Regulations Branch ("TRB") of the U.S. Census Bureau. I have been in the TRB since December 2016, and in a supervisory position since October 2021.  In this position, I am responsible for maintaining and updating the Foreign Trade Regulations or FTR (Title 15 C.F.R. Part 30), which contains all of the legal definitions and requirements for the filing of export information in the Automated Export System ("AES").  Additionally, I am responsible for interpreting and ensuring compliance with the FTR, including presentations and direct communication with persons engaged in export filings and personnel of federal agencies who contact our office regarding these matters.

2.     In this capacity, I have access to the AES, through which entities must enter Shipper's Export Declaration information, often referred to as Electronic Export

Information or EEI, to export merchandise from the United States, pursuant to 13 U.S.C., Chapter 9 and 15 C.F.R. Part 30. All EEI submitted in the AES must be complete, accurate, and timely. 13 U.S.C. § 305 and 15 C.F.R. § 30.3(a).

3.      The AES is a joint venture between U.S. Customs and Border Protection, the Bureau of the Census (Commerce), the Bureau of Industry and Security (Commerce), the Directorate of Defense Trade Controls (State), other federal agencies, and the export trade community.

4.      EEI includes contact information (e.g., name, address, phone number) for the entities involved in each export transaction.

5.      The contact information entered in AES for Holiday Shipping varies among its export transactions.

6.      For some exportations, including two that occurred in November 2023, the following contact information was provided for Holiday Shipping: Marie Carew, 5703 Westhill Circle, Atlanta, Georgia 30349, 404-622-9434.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of April 2026.

JESSICA MANGUBAT

Digitally signed by JESSICA MANGUBAT
Date: 2026.04.29 11:42:22 -04'00'

Jessica Mangubat
Survey Statistician
Trade Regulations Branch
U.S. Department of Commerce
Bureau of the Census

2