# EXHIBIT 2

## Summary

| | |
|---|---|
| **Parcel Number** | 13 009400020321 |
| **Location Address** | 5703 WESTHILL CIR<br>SOUTH FULTON |
| **Legal Description** | |
| **Property Class** | R3 - Residential Lots |
| **Neighborhood** | 1318 |
| **Tax District** | 55 |
| **Zoning** | R4 |
| **Acres** | 0.3181 |
| **Homestead** | Y |
| **Exemptions** | HF26F5 |

View Map



13009400020321 12/17/2020

## Owner

CAREW JAMES S & MARIE S

## Most Current Owner

CAREW JAMES S & MARIE S
5703 WESTHILL CIR
COLLEGE PARK GA 30349

Owner Info Last Updated 4/3/2024

## Land

| Description | Land Type | Land Code | Square Feet | Acres |
|---|---|---|---|---|
| PRIMARY SITE | S | 1 | 13,855 | 0.3181 |

**Total Acres:**
0.3181

## Residential Improvement Information

| | | | | |
|---|---|---|---|---|
| **Card** | 1 | **Heating System** | WARM AIR |
| **Stories** | 1 | **Heat** | CENTRAL WITH A/C |
| **Exterior Wall** | BRICK | **Total Fixtures** | 8 |
| **Style** | BI-LEVEL | **Masonry Fireplaces** | 0 |
| **Year Built** | 1963 | **Heating Fuel Type** | GAS |
| **Effective Age** | 0 | **Pre Fab Fireplace** | 0 |
| **Res Sq Ft** | 1140 | **Miscellaneous Feature** | |
| **Basement** | FULL | **Miscellaneous Feature 2** | |
| **Finished Bsmt Sqft** | 1120 | **Grade Factor** | C 1 |
| **Full Bath/Half Bath** | 2/0 | **Cost/Design Factor** | 0% |
| **Bedrooms** | 3 | **CDU** | GD |
| **Attic** | NONE | | |
| **Additional Fixtures** | 2 | | |

## Accessory Information

**Card 1**

| Description | Year Built | Area |
|---|---|---|
| POOL PL/L | 1981 | 441 |

## Sales

| Sale Date | Sale Price | Instrument | Deed Book | Deed Page | Qualification | Sales Validity | Grantee | Grantor | Recording |
|---|---|---|---|---|---|---|---|---|---|
| 1/30/1990 | $69,500 | WD | 13208 | 00026 | Unqualified | Pending Land Split | | | 13208 00026 |

## Valuation

|   |   | 2025 | 2024 | 2023 | 2022 | 2021 | 2020 |
|---|---|---|---|---|---|---|---|
|   | LUC | 101 | 101 | 101 | 101 | 101 | 101 |
|   | Class | R3 | R3 | R3 | R3 | R3 | R3 |
| + | Land Value | $51,000 | $57,900 | $60,400 | $23,700 | $23,000 | $17,700 |
| + | Building Value | $141,800 | $155,000 | $169,300 | $88,600 | $86,000 | $83,500 |
| = | Total Value | $192,800 | $212,900 | $229,700 | $112,300 | $109,000 | $101,200 |
|   | Assessed Value | $77,120 | $85,160 | $91,880 | $44,920 | $43,600 | $40,480 |

## Photos



13009400020321 12/17/2020

## Sketches



| Room Type | Area |
|---|---|
| A Base Area | 1140 |
| B MA_PT CONC/MAS PATIO | 330 |
| C OFP OPEN FRAME PORCH | 140 |

## Appeal History

| Tax Year | Hearing Type | Subkey | Notice Date | File Date | Appeal Status |
|---|---|---|---|---|---|
| 2025 | C.O.A. Notice | 1 | 06/17/2025 | | Time Elapsed |
| 2024 | C.O.A. Notice | 1 | 06/18/2024 | | Time Elapsed |
| 2023 | C.O.A. Notice | 1 | 06/09/2023 | | Time Elapsed |

**No data available for the following modules:** Comp Search (Commercial), Comp Search (Vacant), Summary - Personal Property, Commercial Improvement Information, Permits, Appraised Values - Personal Property, Notices, Hearings.

The Fulton County Board of Assessors makes every effort to produce the most accurate information possible. No warranties expressed or implied are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All other data is subject to change.

| User Privacy Policy | GDPR Privacy Notice

Last Data Upload: 4/7/2026, 7:19:59 AM

Contact Us