# EXHIBIT 3

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marie Carew
d/b/a Holiday Shipping
5703 Westhill Circle
Atlanta, GA 30349

9590 9402 6845 1074 0536 83

2. Article Number *(Transfer from service label)*

7021 0950 0001 8047 6389

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X BIANCA
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

BANCA

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ed Mail
☐ ed Mail Restricted Delivery $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

