# EXHIBIT 4

Page 1

Form **FMC-18**

(Rev. May 19, 2003)
Federal Maritime
Commission

**APPLICATION FOR A LICENSE**

**AS AN OCEAN TRANSPORTATION INTERMEDIARY**

OMB No. 3072-0018

(Expires 8/2005)

PART A   0/9/38

**GENERAL**
TO BE COMPLETED BY ALL APPLICANTS

APPLICATION MUST BE TYPED

a. Name of corporation, partnership or sole proprietorship:
   HOLIDAY SHIPPING

|License No. (if any)

b. Trade name(s):
   [ ] Trade name used for NVOCC services only

   [ ] Trade name used for OFF services only

   [ ] Trade name used for both services
   HOLIDAY SHIPPING

PAYMENT RECEIVED

Date _____ 8/2/04

_____ No. 100379255

799

mpd

c. Principal Place of Business Address: number, street, and room or suite number:
   5522 OLD NATIONAL HWY. ST.C 120

d. City or town, state, ZIP code, and country:
   COLLEGE PARK,   GA.   30349   U.S.A.

e. (Area code)telephone number:
   (404) 669-9085

(Area code)fax number:
(404) 669-9279

f. E-Mail address/URL of Contact Person or QI:
   MHLTT1@AOL.COM

g. Is this a new address? [  ]Yes  [ X ]No

h. Mailing address if different from principal place of business (P.O. Boxes may be used):
   N/A

   City or town, state, Zip code, and country:

i. Application for (check as many as applicable and complete the designated Parts for the boxes checked):

   [  ] new license to operate as an ocean freight forwarder (Parts A, B, D, E, F, G)
   [ X ] new license to operate as a non-vessel-operating common carrier (Parts A, B, D, E, F, G)
   [  ] new license to operate as both an ocean freight forwarder and a non-vessel-operating common carrier (Parts A, B, D, E, F, G)
   [  ] name change (Parts A, C, G)
   [  ] addition / removal of trade name(s) (A, C, G)
   [  ] replacement/additional qualifying individual (Parts A, D, E, G)
   [  ] business structure change (Parts A, B, E, F, G)
   [  ] license transfer (Parts A, B, C, E, F, G) Current name_____
        to _____

   [  ] adding NVOCC services to active OFF license (A, F, G)
   [  ] adding OFF services to active NVOCC license (A, F, G)

All questions within applicable parts must be answered or noted "N/A".



Form FMC-18 (Rev. 05/03)

Page 2

---

## PART B — BUSINESS INFORMATION

**TO BE COMPLETED BY APPLICANTS FOR AN OCEAN TRANSPORTATION INTERMEDIARY LICENSE, BUSINESS STRUCTURE CHANGE, LICENSE TRANSFER, OR ADDITION OF OFF OR NVOCC SERVICE**

1. Applicant is:

   [ X ] A Sole Proprietorship                          [ ] A Partnership

   [ ] A Limited Liability Partnership (LLP): State of Formation _____

   [ ] A Limited Liability Company or Corporation: State of Formation _____

   [ ] A Corporation: Date of Incorporation ___/___/___   State of Incorporation _____
   Mo. Da. Yr.

   Applicant's Taxpayer Identification Number (TIN) or Employer Identification Number (EIN) ▆▆▆▆▆

   Provide proof of legal name. All Corporations must attach a copy of their Articles of Incorporation. If the corporation is more than a year old, a "Certificate of Good Standing" issued within 6 months from date of application must be attached. LLPs must attach Partnership Agreements. LLCs must attach Articles of Formation. If applicant uses a trade name(s), attach "Certificate of Registration for Trade Name(s)" or other official proof of trade name.

2. Will applicant conduct ocean transportation intermediary services through branch office(s) in the U.S.? [ ] Yes [ X ] No If "Yes," how many branch offices? _____ (If "Yes," please complete Part F.)

3. Has applicant previously held an ocean transportation intermediary license (ocean freight forwarder or NVOCC) issued by the Federal Maritime Commission? [ ] Yes [ X ] No (If "Yes" complete items a, b, and c.)

   Or is this application for a license transfer? [ ] Yes [ X ] No (If "Yes," complete items a, b and c on behalf of the company being transferred.)

   | a. License No.: | b. Date Issued: | c. Name Under Which Issued: |
   |---|---|---|
   | | ___/___/___ Mo. Da. Yr. | |

4. Describe the current business activities of the applicant and list any related licenses (including license numbers) and certificates (for example, customhouse broker, NVOCC, air freight forwarder, etc.). If business is not currently conducting any activities, check here [ ].

   N/A

5. Does applicant now share or intend to share office space or expenses with any other person or entity? [ X ] Yes [ ] No (If "Yes," please identify that person or entity and explain the applicant's relationship with this person or entity.)

   HOLIDAY TRAVEL AND TOURS —OWNER   (only OFFice space)

6. Is any person or entity, other than the applicant or its principals, providing financial assistance to the applicant, such as advancing funds or collateral for the surety bond? [ ] Yes [ X ] No If the answer is yes, please identify the person or entity and explain the applicant's relationship with this person or entity.

Form FMC-18 (Rev. 05/03)                                                                              Page 2

| PART B | BUSINESS INFORMATION |
|---|---|

TO BE COMPLETED BY APPLICANTS FOR AN OCEAN TRANSPORTATION INTERMEDIARY LICENSE, BUSINESS STRUCTURE CHANGE, LICENSE TRANSFER, OR ADDITION OF OFF OR NVOCC SERVICE

1.  Applicant Is:

[ X ] A Sole Proprietorship                           [ ] A Partnership

[ ] A Limited Liability Partnership (LLP): State of Formation _____

[ ] A Limited Liability Company or Corporation: State of Formation _____

[ ] A Corporation: Date of Incorporation ___ / ___ / ___      State of Incorporation _____
                                         Mo.   Da.   Yr.

Applicant's Taxpayer Identification Number (TIN) or Employer Identification Number (EIN) ████████ _____

Provide proof of legal name. All Corporations must attach a copy of their Articles of Incorporation. If the corporation is more than a year old, a "Certificate of Good Standing" issued within 6 months from date of application must be attached. LLPs must attach Partnership Agreements. LLCs must attach Articles of Formation. If applicant uses a trade name(s), attach "Certificate of Registration for Trade Name(s)" or other official proof of trade name.

2.  Will applicant conduct ocean transportation intermediary services through branch office(s) in the U.S.? [ ]Yes [X]No    If "Yes," how many branch offices? _____ (If "Yes," please complete Part F.)

3.  Has applicant previously held an ocean transportation intermediary license (ocean freight forwarder or NVOCC) issued by the Federal Maritime Commission? [ ] Yes [ X ] No (If "Yes" complete items a, b, and c.)

    Or Is this application for a license transfer? [ ]Yes [ X ]No (If "Yes," complete items a, b and c on behalf of the company being transferred.)

| a. License No.: | b. Date Issued: | c. Name Under Which Issued: |
|---|---|---|
| | ___ / ___ / ___ | |
| | Mo.    Da.    Yr. | |

4.  Describe the current business activities of the applicant and list any related licenses (including license numbers) and certificates (for example, customhouse broker, NVOCC, air freight forwarder, etc.). If business is not currently conducting any activities, check here [ ].

    LISCENSED AND BONDED FULL SERVICE TRAVEL AGENCY   OWNER

5.  Does applicant now share or intend to share office space or expenses with any other person or entity? [ X ]Yes [ ]No (If "Yes," please identify that person or entity and explain the applicant's relationship with this person or entity.)

    HOLIDAY TRAVEL AND TOURS -OWNER

6.  Is any person or entity, other than the applicant or its principals, providing financial assistance to the applicant, such as advancing funds or collateral for the surety bond? [ ]Yes [ X ]No If the answer is yes, please identify the person or entity and explain the applicant's relationship with this person or entity.



Form FMC-18 (Rev. 05/03)                                                                 Page 3

7.  Has applicant or any of applicant's partners, officers, directors, or stockholders ever:

    (1) been found in violation of any shipping act?                         [ ]Yes [ X]No
       or paid penalty in settlement of?                                 [ ]Yes [ X]No

    (2) filed or been involved in a bankruptcy proceeding, other than as a claimant?    [ ]Yes [ X]No

    (3) been ARRESTED, CHARGED, CONVICTED OF, OR FORFEITED COLLATERAL
       for any FELONY, MISDEMEANOR, OR OTHER VIOLATION ?               [ ]Yes [ X]No
       (Omit: 1. traffic violations for which a fine of $250 or less was paid;
       2. any incident which happened before each persons 21st birthday.)

If the response to any part of this question is "Yes," please attach an explanation.  For bankruptcy, please include order of discharge.



Form FMC-18 (Rev. 05/03)                                                                           Page 5

## PART D | QUALIFYING INDIVIDUAL
### TO BE COMPLETED BY APPLICANTS FOR AN OCEAN TRANSPORTATION INTERMEDIARY LICENSE AND REPLACEMENT/ADDITIONAL QUALIFYING INDIVIDUALS

9.  Name of proposed qualifying individual:                                    Title:

   MARIE S. CAREW                                                             OWNER

   Business address: number, street, and room or suite number, city, state, zip code, country (If different for principal address)

   5522 OLD NATIONAL HWY. ST C120    COLLEGE PARK, GA. 30349
   S. S. Number:          DOB          Place of Birth:          US Citizen or Resident Alien:
                                       city, state, county       ( If Resident Alien provide No.)

   ▉▉▉▉▉          ▉▉▉▉▉          MAGBURAKA, WEST AFRICA    U.S. CITIZEN

                                                          Sierra Leone

10. Is the proposed qualifying individual a (an):

       Initial Qualifying Individual          [ x ]
       Additional Qualifying Individual       [   ]
       Replacement Qualifying Individual      [   ](Name of individual being replaced:_____)

11. Position the qualifying individual holds as a corporate officer, member, or active partner:__N/A_____
    (Attach proof of position held i.e., minutes from meeting electing the officers)

12. Length of qualifying ocean transportation intermediary experience (years/months):_____

13. Has the proposed qualifying individual(s) ever:

       (1) been submitted as the qualifying individual for another company?   [   ]Yes [ X ]No
       (2) been found in violation of any shipping act?                        [   ]Yes [ X ]No
           or entered into a settlement with out admitting violation?          [   ]Yes [ x ]No
       (3) filed or been involved in a bankruptcy proceeding, other than as a claimant?  [   ]Yes [ X ]No
       (4) been ARRESTED, CHARGED, CONVICTED OF, OR FORFEITED
           COLLATERAL for any FELONY, MISDEMEANOR, OR OTHER VIOLATION ?  [   ]Yes [ X ]No
           (Omit: 1. traffic violations for which a fine of $250 or less was paid;
                  2. any incident which happened before qualifying individual's 21st birthday.)
    (If the response to any part of this question is "Yes," please explain on a separate sheet. For bankruptcy please include order
    of discharge)

14. Employment history of qualifying individual demonstrating experience in ocean transportation intermediary services (attach
    separate sheet, if necessary):

(a) Employer's name:                                              Dates employed: (Month/Year)

   HOLIDAY SHIPPING                                               02/21/03 to PRESENT
   Number, street, and room or suite number:                     FMC License No. (If applicable):

   5522 OLD NATIONAL HWY. ST. C120                                NO LICENSE
   City or town, state, and ZIP code:

   COLLEGE PARK, GA. 30349
   Area code/telephone number:      Area code/fax number:         Email address:

   (404) 669-9085                   (404) 669-9279                MHLTT1@AOL.COM
   Name of Supervisor:                                            Type of business:

   N/A                                                            SHIPPING COMPANY
   Description of ocean transportation intermediary duties performed:

   BOOK CONTAINERS AND PREPARE AND FILE ALL NECESSARY DOCUMENTATION.  PREPARE AND

   FILE SEDS.  TRACK ALL MOVEMENT OF CONTAINERS FROM PORT TO PORT.  PREPARE

   AUTOMOBILE TITLES FOR US CUSTOMS AND PREPARE BILL OF LADINGS

                                                                        2 YRS
                                                                        6 mos.



Form FMC-18 (Rev. 05/03)                                                                                                  Page 6

(b)  Employer's name:                                                    Dates employed: (Month/Year)

  TRANS VOLTA AMERICA                                                      11-19-01  to 02-10-03
  Number, street, and room or suite number:                               FMC License No. (If applicable):

  1143 WILLINGHAM DR.                                                      NO RECORD
  City or town, state, and ZIP code:

  EAST POINT, GA. 30344                                                                            1 yr
  Area code/telephone number:     Area code/fax number:        Email address:                      3 mos
  (404)766-2585
  Name of Supervisor:                                           Type of business:

  JOHINEE                                                        SHIPPING
  Description of ocean transportation intermediary duties performed:
  BOOKED CONTAINERS.  PREPARED DOCK RECEIPTS.  PREPARED SEDSMANUALLY FOR U.S. CUSTOMS
  PREPARED AUTO TITLES AND BILL OF LADING. CUSTOMER SERVICE

                                                                                    Total Exp.
(c)  Employer's name:                                                    Dates employed: (Month/Year)    3 yrs
  WORLD WIDE SHIPPING                                                      01-04-96  to 12-11-98    9 mos.
  Number, street, and room or suite number:                               FMC License No. (If applicable):

  CLOSED OPERATIONS
  City or town, state, and ZIP code:


  Area code/telephone number:     Area code/fax number:        Email address:


  Name of Supervisor:                                           Type of business:


  Description of ocean transportation intermediary duties performed:




15.    Identify three (3) persons, unrelated to the qualifying individual or applicant, who have first-hand knowledge of the actual ocean transportation intermediary experience of the qualifying individual.

(a)  Name:                                                       Title:

  KEVIN TRIGGS                                                    SHIPPING AGENT
  Employer's name:                                                      NO RECORD
  PAMENT AIR CARGO AND SHIPPING
  Number, street, and room or suite number:
  650 ATLANTA SOUTH PARKWAY ST. 250
  City or town, state, and ZIP code:
  COLLEGE PARK, GA. 30349
  Area code/telephone number:     Area code/fax number:        Email address:
  (404)684-0118
  Time period when person named above had knowledge of qualifying individual's experience.

  2001-PRESENT
  Nature of business relationship through which person gained first-hand knowledge of the qualifying individual's ocean freight forwarding experience.

  AIR CARGO AND SHIPPING



Form FMC-18 (Rev. 05/03)

(b)   Name:

VALLERIE MARTIN

Title:

SHIPPING AGENT

Employer's name:

A-TRANS SHIPPING

*No Liegnse*

Number, street, and room or suite number:

1143 WILLINGHAM DR.

City or town, state, and ZIP code:

EAST POINT, GA. 30344

Area code/telephone number:          Area code/fax number:          Email Address:

(404) 669-9379

Time period when person named above had knowledge of qualifying individual's experience.

12-12-01 THRU PRESENT

Nature of business relationship through which person gained first-hand knowledge of the qualifying individual's ocean transportation intermediary experience.

SHIPPING AGENT

---

(c)   Name:

DONNA PARSONS

Title:

CUSTOMER SERVICE AGENT

Employer's name:

ATLANTA CUSTOM BROKERS

*License Revoked 6/15/99*

Number, street, and room or suite number:

650 ATLANTA SOUTH PARKWAY ST. 250

City or town, state, and ZIP code:

ATLANTA, GA. 30349

Area code/telephone number:          Area code/fax number:          Email address:

1996 thru pres.

Time period when person named above had knowledge of qualifying individual's experience.

LAISON BETWEEN SHIPPER AND FREIGHT CARRIER

Nature of business relationship through which person gained first-hand knowledge of the qualifying individual's ocean transportation intermediary experience.



Form FMC-18 (Rev. 05/03)                                                                    Page 8

| PART E | OWNERSHIP AND AFFILIATIONS |
| --- | --- |

TO BE COMPLETED BY APPLICANTS FOR AN OCEAN TRANSPORTATION INTERMEDIARY LICENSE, AND TO REPORT OWNERSHIP CHANGES, BUSINESS STRUCTURE CHANGE, LICENSE TRANSFER, AND IF APPLICABLE, CHANGES RESULTING FROM A CHANGE IN PERSONNEL OR REPLACEMENT/ADDITIONAL QUALIFYING INDIVIDUAL

16.    Applicant's Ownership, Officers, Partners, Members, Directors, Stockholders, Parent or Holding Company:

| Name of Officer/Director/Partner/Stockholder/Business Entity | Title | S.S. Number | Percentage of Ownership |
| --- | --- | --- | --- |
| MARIE S. CAREW | OWNER | ██████ | 100% |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

17.    If applicant will operate as an OFF, will applicant, its qualifying individual(s), or any officer, director, partner, member, stockholder, parent or holding company have a beneficial interest in shipments moving in the U.S. foreign commerce?
[    ]Yes   [ X ]No
If "Yes," identify the name and address of each person or entity having a beneficial, proprietary, or financial interest in shipments moving in the U.S. foreign commerce and the nature of such beneficial interest.

18.    Is either applicant or its qualifying individual(s) related to any other entity by reason of ownership, employment, common officers, members, directors, stockholders, parent or holding company? [    ]Yes   [ X ]No
If "Yes," identify the name, address, and phone number of each entity related to the applicant or its qualifying individual; describe the relationship or affiliation to applicant or qualifying individual and the type of business in which such entity is engaged. Describe the primary business of the parent or holding company or related company. You may submit organization charts and annual reports which provide the information.



Form FMC-18 (Rev. 05/03)                                                                                          Page 9

| PART F | U.S. BRANCH OFFICES |
|---|---|
| | (DETAILED INFORMATION ON BRANCH OFFICES) |

19.    Identify U. S. branch office(s) (attach separate sheet, if necessary):                    If none, check here [×]

(a)    Address of Branch Office:                                                    Separately Incorporated:

                                                                         [ ]Yes  [ ]No

    Number, street, and room or suite number:

    City or town, state, and ZIP code:

    Area code/telephone number:                              Area code/fax number:

(b)    Address of Branch Office:                                                    Separately Incorporated:

                                                                          [ ]Yes  [ ]No

    Number, street, and room or suite number:

    City or town, state, and ZIP code:

    Area code/telephone number:                              Area code/fax number:

(c)    Address of Branch Office:                                                    Separately Incorporated:

                                                                          [ ]Yes  [ ]No

    Number, street, and room or suite number:

    City or town, state, and ZIP code:

    Area code/telephone number:                              Area code/fax number:

(d)    Address of Branch Office:                                                    Separately Incorporated:

                                                                          [ ]Yes  [ ]No

    Number, street, and room or suite number:

    City or town, state, and ZIP code:

    Area code/telephone number:                              Area code/fax number:

(e)    Address of Branch Office:                                                    Separately Incorporated:

                                                                          [ ]Yes  [ ]No

    Number, street, and room or suite number:

    City or town, state, and ZIP code:

    Area code/telephone number:                              Area code/fax number:



Form FMC-18 (Rev. 05/03)                                                                                              Page 10

| **PART G** | **CERTIFICATIONS** |
|---|---|

SOLE PROPRIETORSHIPS ONLY

I, ___MARIE S. CAREW_____, certify under penalty of perjury

(NAME OF SOLE PROPRIETOR)

under the laws of the United States, that I have not been convicted, after September 1, 1989, of any Federal or State offense involving the distribution or possession of a controlled substance, or that if I have been so convicted, I am not ineligible to receive Federal benefits, either by court order or operation of law, pursuant to 21 U.S.C. 862.

_Maries Carew_____    _07-29-04_____

Signature of Sole Proprietor                                                     Date

---

ALL APPLICANTS INCLUDING SOLE PROPRIETORS

I certify that I have received and read a copy of the Commission's ocean transportation intermediary regulations, 46 C.F.R. Part 515, and pertinent sections of the Shipping Act of 1984, as amended by the Ocean Shipping Reform Act of 1998 and the Coast Guard Authorization Act of 1998 (46 U.S.C. app. 1701 et seq.), governing the licensing of ocean transportation intermediaries, and that I will abide by all the provisions thereof from this date forward.

I further certify that I have specifically reviewed 46 C.F.R. § 515.42(h) (concerning the operations of licensees which are NVOCCs or which are related to NVOCCs) and 46 C.F.R. § 515.42(i) (concerning the operations of licensees which have a beneficial interest in merchandise exported from the United States by water or which are related to persons with a beneficial interest in merchandise exported from the United States by water).

I further certify that I shall not act as an ocean transportation intermediary as defined in section 3 of the Shipping Act of 1984, as amended by the Ocean Shipping Reform Act of 1998 and the Coast Guard Authorization Act of 1998, or perform ocean transportation intermediary services as defined in 46 C.F.R. Part 515, without a valid ocean transportation intermediary license by the Federal Maritime Commission.

Under penalties of perjury, I declare that I have examined this application and to the best of my knowledge and belief, it is true, correct and complete.

_Marie Carew_____    _07-29-04_____

Signature                                                                          Date

_MARIE S. CAREW_____    _OWNER_____

Print                                                                              Title

