# EXHIBIT 5



**ZIP Code™ by Address** (/zip-code-lookup.htm?byaddress)

**ZIP Code™ by City and State** (/zip-code-lookup.htm?bycitystate)

**Cities by ZIP Code™** (/zip-code-lookup.htm?citybyzipcode)          **FAQs**

# Look Up a ZIP Code™ FAQs

Go to

## ZIP Code™ by Address

**You entered:**

5703 WESTHILL CIRCLE
GA
30349

If more than one address matches the information provided, try narrowing your search by entering a street address and, if applicable, a unit number. **Edit and search again. (zip-code-lookup.htm?byaddress)**

5703 WESTHILL CIR
ATLANTA GA **30349-3755**

Feedback

**Look Up Another ZIP Code™**

**Edit and Search Again (/zip-code-lookup.htm?byaddress)**