# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,    )
        )
   Plaintiff,    )
        )
      v.    )   Case No. 4:23-cv-319
        )
MARIE CAREW d/b/a HOLIDAY    )
SHIPPING,    )
        )
   Defendant.    )
        )

## DECLARATION FOR DEFAULT JUDGMENT

I, John M. Wilcher, pursuant to 28 U.S.C. § 1746, depose and say:

1.    I currently hold the position of Chief for the United States Customs and Border Protection (CBP) in Savannah, Georgia, and I have held this position since December 17, 2023.

2.    In this capacity I have access to the Automated Export Information System ("AES"), through which entities must enter information to export merchandise from the United States.

3.    This information includes contact information (e.g., name, address, phone number) for the entities involved in each export transaction.

4.    I have reviewed the records for this case, consisting of documents from the United States Customs and Border Protection.

5.    Upon information and belief, Defendant Carew is not an infant or an incompetent person.

6.    The Plaintiff's Amended Complaint for eight civil penalties assessed for violations of export laws, each in the amount of $10,000.00 for a total amount delinquent of $80,000.00 is established by the Certificate of Indebtedness attached to the Amended Complaint. *See* Doc. 13, Exhibit 7.

7.    Each of the assessed penalties occurred for violations of 13 U.S.C. §§ 301(a) and 305(b), for knowingly filing false or inaccurate export information related to the description of the commodities, quantity of goods, and/or the value of the goods being exported occurring on November 1, 2018, November 10, 2018, November 13, 2018, December 10, 2018, January 30, 2019, February 1, 2019, February 16, 2019, and on February 26, 2019 more specifically described in the Amended Complaint, Application for Default, and Motion for Default Judgment.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of April, 2026.

JOHN M. WILCHER
Chief
U.S. Customs and Border Protection

2