**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

MARIE CAREW,

       Defendant.

CIVIL ACTION NO.: 4:23-cv-319

## O R D E R

The Court **GRANTS** the Government's Amended Motion for Default Judgment in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure. (Doc. 25.)

Federal Rule of Civil Procedure 55 establishes a two-step procedure for a party to obtain a default judgment. First, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). Second, after receiving the clerk's default, the Court can enter a default judgment provided the defendant is not an infant or incompetent. Fed. R. Civ. P. 55(b)(2). However, the clerk's entry of default does not automatically warrant entry of default judgment. "[T]hree distinct matters emerge as essential in considering any default judgment: (1) jurisdiction; (2) liability; and (3) damages. Before the Court can grant plaintiff's motion for default judgment, all three must be established." Pitts ex rel. Pitts v. Seneca Sports, Inc., 321 F. Supp. 2d 1353, 1356 (S.D. Ga. 2004). Thus, "before entering a default judgment for damages, the district court must ensure that the well-pleaded allegations in the complaint, which are taken as true due to the default, actually state a substantive cause of action and that there is a substantive, sufficient basis in the pleadings for the particular relief sought." Tyco Fire & Sec., LLC v. Alcocer, 218 F. App'x 860, 863 (11th Cir. 2007); see also Eagle Hosp. Physicians v.

SRG Consulting, 561 F.3d 1298, 1307 (11th Cir. 2009).  In assessing liability, the Court must employ the same standard as when addressing a Rule 12(b)(6) motion to dismiss for failure to state a claim.  Surtain v. Hamlin Terrace Found., 789 F.3d 1239, 1245 (11th Cir. 2015) ("Conceptually, then, a motion for default judgment is like a reverse motion to dismiss for failure to state a claim.").

The Clerk entered default against the Defendant regarding the United States' Amended Complaint on September 8, 2025.  As explained in the United States' Motion, (doc. 25), the Amended Complaint establishes jurisdiction, liability, and damages for all claims asserted therein against the only Defendant, Marie Carew.  Accordingly, the Court **DIRECTS** the Clerk of Court to **ENTER JUDGMENT** in favor of the United States and against Defendant Marie Carew, for $80,000.00 in civil penalties, plus interest to accrue as of the signing of this Order at the current rate.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 15th day of July, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2